# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TAMMY P. MORAN  
4016 PITZEN ROAD  
MCHENRY, IL 60051

SSN-xxx-xx-4648

Case Number: 08-71471

Case filed on: 5/9/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | SHAPIRO & KREISMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | FISHER & SHAPIRO | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ISC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | TAMMY P. MORAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MCHENRY COUNTY TAX COLLECTOR | 4,700.00 | 4,700.00 | 0.00 | 0.00 |
| 003 | WACHOVIA MORTGAGE | 5,780.00 | 5,780.00 | 0.00 | 0.00 |
| 004 | WORLD SAVINGS | 80,660.80 | 80,660.80 | 0.00 | 0.00 |
| 041 | US BANK/RETAIL PAYMENT SOLUTIONS | 5,386.99 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 96,527.79 | 91,140.80 | 0.00 | 0.00 |
| 005 | ABN - AMRO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ADNAN ATTAR, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CENTEGRA NORTHERN ILLINOIS MED CENTER | 4,741.00 | 4,741.00 | 0.00 | 0.00 |
| 008 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 158.92 | 158.92 | 0.00 | 0.00 |
| 010 | CITICARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMED CO | 1,449.86 | 1,449.86 | 0.00 | 0.00 |
| 012 | DFS SERVICES LLC | 8,125.26 | 8,125.26 | 0.00 | 0.00 |
| 014 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | GOOD SHEPHERD HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | GUEVARA FAMILY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | HR ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LAKE / MCHENRY PATHOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MCHENRY SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MCHENRY SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | MCHENRY TOWNSHIP FIRE DISTRICT | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | MILLER DENTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MORAINE ER PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MR. THOMAS SCHMITT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PHILLIP WEBB | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | PITEL SEPTIC | 365.00 | 365.00 | 0.00 | 0.00 |
| 030 | PRINTECH OF ILLINOIS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PULMONARY CRITICAL CARE & SLEEP MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | REGIONAL ACCEPTANCE CORPORATION | 11,756.73 | 11,756.73 | 0.00 | 0.00 |
| 033 | CHASE BANK USA NA | 22,807.15 | 22,807.15 | 0.00 | 0.00 |
| 034 | THE BUREAUS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | THE BUREAUS INC | 2,986.09 | 2,986.09 | 0.00 | 0.00 |
| 036 | UNITED CARDMEMBER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | UNITED STATES POST OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | US DEPARTMENT OF EDUCATION | 17,827.33 | 17,827.33 | 0.00 | 0.00 |
| 039 | VALENTINE & KEBARTAS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | WALTER ALARM SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 70,217.34 | 70,217.34 | 0.00 | 0.00 |
|  | Grand Total: | 166,745.13 | 161,358.14 | 0.00 | 0.00 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $0.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008          By  /s/Heather M. Fagan